UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                       Case No. 20-C-348

KEOHLER DAIRY FARM LLC, et al.,

    Defendants.

---

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

---

The United States of America has moved pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss this action with prejudice and without costs and fees because the principal defendants Koehler Dairy Farm, LLC, Joseph T. Koehler and Michelle M. Koehler has fully paid the plaintiff. Pursuant to the terms of the sale, the United States of America received the sum of $36,859.96 and issued the Satisfaction of Mortgage. All issues have been resolved, and accordingly, IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without costs and fees.

Dated at Green Bay, Wisconsin this 29th day of January, 2021.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge